C13-20a(FTP)
(Rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Robert W. Walker                )         **DISMISSAL ORDER**
      Sharie B. Walker                )            **CHAPTER 13**
                                      )
                                      )         No:  B-07-80657 C-13D
                                      )
               Debtor(s)        )

After notice and hearing in open Court on   December 2   , 20 10   , upon Motion to Dismiss this case by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed upon the grounds of failure of the debtor(s) to comply with the requirements of the plan; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

**PARTIES IN INTEREST**
**Page 1 of 1**
**07-80657 C-13D**

Robert W. Walker
Sharie B. Walker
806 East D St.
Butner, NC  27509

Neil O'Toole, Esq.
PO Box 1109
Durham, NC  27702

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702